FILED & ENTERED

JUL 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Janice Wentworth-Kinyone,<br><br><br><br><br><br><br>Debtor(s). | Case No: 1:10-bk-14172-GM<br><br>Chapter: 13<br><br>**NOTICE OF HEARING REGARDING DEBTOR'S EX PARTE MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CHAPTER 13 BANKRUPTCY CASE**<br><br>Date: July 20, 2010<br>Time: 2:30 p.m.<br>Location: Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 81367 |

On June 30, 2010 an order was entered dismissing the above Chapter 13 bankruptcy case for failure to attend confirmation hearing and make a plan payment.

On July 12, 2010 debtor filed an exparte motion to vacate the order of dismissal and reinstate the Chapter 13 bankruptcy case based on the grounds that they thought the Chapter 13 confirmation hearing was on June 28 and not on June 29, 2010.

The phone number given by the debtor on their exparte motion to vacate the order of dismissal (323) 946-4366 is disconnected.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Although the exparte application contained no fax number, a prior application for order shortening time filed by the debtor contained the fax number (661) 430-5558.   The Court will fax the notice of hearing to the debtor at this fax number.

The Court is scheduling and noticing this exparte motion to vacate the order of dismissal for hearing on July 20, 2010 at 2:30 p.m. in Courtroom 303.

If the debtor fails to attend the hearing on July 20, 2010 at 2:30 p.m. the Court may deny the motion for lack of prosecution.

###

DATED: July 14, 2010

_____
United States Bankruptcy Judge

- 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **NOTICE OF HEARING REGARDING DEBTOR'S EX PARTE MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CHAPTER 13 BANKRUPTCY CASE**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

- 3

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail).<br><br>Janice Wentworth-Kinyone<br>23744 Hartland Street<br>West Hills, CA 91307<br><br>Elizabeth F Rojas<br>15060 Ventura Blvd., Suite 240<br>Sherman Oaks, CA 91403 |
|---|---|

Category III (To be served by the lodging party).

- 4